# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00883-CV

### D. F., a/k/a D. M., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 20TH DISTRICT COURT OF MILAM COUNTY, NO. CV37,031, THE HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed January 2, 2017. By request to this Court dated January 3, 2017, Angela Ralston requested an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Angela Ralston is hereby ordered to file the reporter's record in this case on or before January 17, 2017. If the record is not filed by that date, Ralston may be required to show cause why she should not be held in contempt of court.

It is ordered on January 4, 2017.

Before Justices Puryear, Pemberton and Goodwin